IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN A. OLAGUES, Pro Se,<br><br>Plaintiff,<br><br>v.<br><br>WARD TIMKEN, JR., et al.,<br><br>Defendants. | Civ. A. No. 17-CV-1870-JRA<br><br>Judge John R. Adams<br><br>Magistrate Judge George J. Limbert |

### NOTICE OF RE-FILING OF
### DECLARATION OF FRANK A. DIPIERO

Defendants hereby give notice of the re-filing of the Declaration of Frank A. DiPiero in support of their Motion Under Rule 12(f) to Strike the Complaint (with exhibits), originally filed on December 8, 2017.

In the copying process associated with electronic filing, certain portions of Exhibit No. 5 that had been highlighted in the original were rendered difficult to read.  That difficulty is remedied in this refiling, which also now preserves the original colors of Exhibit 5 and of certain other portions of the exhibits.

Dated:  December 11, 2017

Respectfully submitted,

s/  Frank A. DiPiero
Frank A. DiPiero (0008312)
E-mail:  frank.dipiero@timkensteel.com
Kristine Syrvalin (0062262)
E-mail:  kristine.syrvalin@timkensteel.com
TimkenSteel Corporation
1835 Dueber Avenue S.W.
Canton, Ohio  44706
Telephone:    +1.330.471-7000
Facsimile:     +1.330.471-4041

Attorneys for Nominal Defendant
TimkenSteel Corporation

/s/  Geoffrey J. Ritts
Geoffrey J. Ritts  (0062603)
E-mail:  gjritts@jonesday.com
Brandon G. Mordue (0092146)
E-mail:  bmordue@jonesday.com
Jones Day
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
Telephone:    +1.216.586.3939
Facsimile:     +1.216.579.0212

Attorneys for Defendant Ward Timken, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 11, 2017, a copy of the foregoing Notice of Re-filing of Declaration of Frank A. DiPiero was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, and will be served this 11th day of December by regular U.S. mail, postage prepaid, on:

>John Olagues
>413 Sauve Rd.
>River Ridge, LA  70123

Parties may access this filing through the Court's system.

>  /s/ *Geoffrey J. Ritts*
> Geoffrey J. Ritts
> *One of the Attorneys for Defendants*

NAI-1503256730v1